UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHISHOLM S. WIGHT,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OCEANSIDE, et al.,<br><br>Defendants. | Case No.: 3:23-cv-0540-RBM-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[Doc. 17]** |

The parties have filed a Joint Motion to Dismiss. (Doc. 17.) They move to dismiss Plaintiff's claims against all named Defendants with prejudice and with each party to bear its own costs and attorney's fees. (*Id.* at 1.)

The Joint Motion is **GRANTED**. The case is **DISMISSED with prejudice** with each party to bear their own costs and fees. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: December 6, 2023

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

1

3:23-cv-0540-RBM-KSC